609 A.2d 431

IN THE MATTER OF LEAH D. DADE, AN ATTORNEY AT LAW.

July 30, 1992.

## ORDER

LEAH D. DADE of PISCATAWAY, who was admitted to the bar of this State in 1990, having pleaded guilty to second-degree theft by deception in violation of *N.J.S.A.* 2C:20–4, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–6(b), LEAH D. DADE is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against her, effective immediately and until the further order of this Court; and it is further

ORDERED that LEAH D. DADE be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that LEAH D. DADE comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.